BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff



FILED

JUN 09 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:
APPROXIMATE GPS COORDINATES N36*
30' 51.71 W 118* 53' 0.04 PUBLIC LANDS
ADMINISTERED BY THE UNITED STATES
DEPARTMENT OF THE INTERIOR,
BUREAU OF LAND MANAGEMENT.

CASE NO. 1:15-mc-00032 BAM

APPLICATION AND ORDER FOR
DESTRUCTION OF BULK
MARIJUANA SEIZURE

Pursuant to 28 C.F.R. § 50.21(c), the government is authorized to destroy drug evidence over the "threshold amount" to prevent the warehousing of large quantities of seized contraband drugs and reduce the security and storage problem which create additional economic burdens on limited law enforcement resources. 21 U.S.C. § 881 (g) provides:

    (1) All species of plants from which controlled substances in schedules I and II may be derived which have been planted or cultivated in violation of this subchapter, or of which the owners or cultivators are unknown, or which are wild growths, may be seized and summarily forfeited to the United States.

    ...

    (3) The Attorney General, or his duly authorized agent, shall have authority to enter upon any lands, or into any dwelling pursuant to a search warrant, to cut, harvest, carry off, or destroy such plants.

///

1  SA Robert Cowan, Department of the Interior, Bureau of Land Management, advised me that agents and law enforcement officers are planning to eradicate a clandestine marijuana grow site located at approximate GPS coordinates N36* 30' 51.71 W 118* 53' 0.04 that is on public lands administered by the United States Department Of The Interior, Bureau Of Land Management on or about June 10, 2015. SA Cowan further advised me that based on his experience and training and through consultation with other experienced narcotics agents, he knows that fresh bulk marijuana poses many problems. Recently harvested marijuana gives off great volumes of heat and may spontaneously combust, resulting in a serious danger of fire. In addition, fresh marijuana can harbor mold and other bacterial elements and attract insects and pests which are harmful to the safety and welfare of those who come into contact with it. Fresh marijuana also decomposes and liquefies rapidly. Further, decomposing fresh marijuana emits potent and noxious vapors, which pose health threats to those who are exposed to it. The fresh bulk marijuana seizures also present inordinate security and storage problems since the BLM and other law enforcement agencies involved in this investigation do not have the capability to adequately store and preserve the marijuana. .

The government hereby requests that this Court grant an order permitting agents to destroy any bulk marijuana seized in connection with the investigation and clandestine grow site eradication after the marijuana plants are counted, bulk marijuana is weighed, and representative samples are taken.

DATED: June 9, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U. S. Attorney

ORDER

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the BLM and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized after they are

2

Application and Order for Destruction

1  counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped,
2  and after a representative sample consisting of no more than three kilograms and a sample aggregate
3  portion of the whole amount is retained for chemical testing.

4  Dated: June ___7___, 2015

                                              HON. BARBARA A. MCAULIFFE
                                              U.S. Magistrate Judge